```
                                                              CLOSED
            UNITED STATES DISTRICT COURT
               DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| PAUL GERALD LEGER, | **Hon. Robert B. Kugler** |
| Petitioner, | Civil No. 10-2134 (RBK) |
| v. |  |
| DONNA ZICKEFOOSE, | **ORDER** |
| Respondent. |  |

For the reasons expressed in the Opinion filed herewith,

IT IS on this  4th  day of  March , 2011,

ORDERED that the Clerk shall reopen the file and shall make a new and separate docket entry reading "CIVIL CASE REOPENED;" and it is further

ORDERED that Petitioner's motion (docket entry #17) for disqualification is DENIED; and it is further

ORDERED that (docket entry #7) Petitioner's "OBJECTION AND REFUSAL FOR CAUSE OF 'ORDER' DATED MAY 26, 2010, ISSUED BY ROBERT B. KUGLER AS VOID AND MOTION FOR PRODUCTION OF SEPARATE FINDINGS OF FACTS (FRCP 52) AND MOTION FOR ADDITIONAL RELIEF" is DENIED; and it is further

ORDERED that Petitioner's motion (docket entry #14) "MOTION/DEMAND FOR JUDGMENT (FRCP 50(A)) is DENIED; and it is further

ORDERED that the Clerk shall serve this Order and the accompanying Opinion on Petitioner by regular mail, and shall re-close the file; and it is finally

ORDERED that the Clerk shall make a new and separate docket entry reading "CIVIL CASE TERMINATED."

                                                                s/Robert B. Kugler
                                                                **ROBERT B. KUGLER, U.S.D.J.**