**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PAUL GERALD LEGER, | **Hon. Robert B. Kugler** |
| Petitioner, | Civil No. 10-2134 (RBK) |
| v. | |
| DONNA ZICKEFOOSE, | **ORDER** |
| Respondent. | |

For the reasons expressed in the Opinion filed herewith,

IT IS on this  4th  day of  August , 2011,

ORDERED that the Clerk shall reopen the file and shall make a new and separate docket entry reading "CIVIL CASE REOPENED;" and it is further

ORDERED that the relief requested in Petitioner's "OBJECTION AND REFUSAL FOR CAUSE OF ORDER DATED March 4th, 2011 ISSUED BY JUDGE ROBERT B. KUGLER AND MOTION TO VACATE ORDER ISSUED BY JUDGE ROBERT B. KUGLER AS VOID AND MOTION FOR ADDITIONAL RELIEF," (Docket Entry #23) is DENIED; and it is further

ORDERED that the Clerk shall serve this Order and the accompanying Opinion on Petitioner by regular mail, and shall re-close the file; and it is finally

ORDERED that the Clerk shall make a new and separate docket entry reading "CIVIL CASE TERMINATED."

s/Robert B. Kugler
**ROBERT B. KUGLER**, U.S.D.J.