**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| PAUL GERALD LEGER, | : | **Hon. Robert B. Kugler** |
| Petitioner, | : | Civil No. 10-2134 (RBK) |
| v. | : |  |
| DONNA ZICKEFOOSE, | : | <u>**ORDER**</u> |
| Respondent. | : |  |

For the reasons expressed in the Opinion filed herewith,

IT IS on this <u>1st</u> day of <u>December</u>, 2011,

ORDERED that the Clerk shall reopen the file and shall make a new and separate docket entry reading "CIVIL CASE REOPENED;" and it is further

ORDERED that the "OBJECTION AND REFUSAL FOR CAUSE OF THE ORDER DATED 8/4/2011 ISSUED BY JUDGE ROBERT B. KUGLER, AND MOTION TO VACATE ORDER ISSUED BY ROBERT B. KUGLER AS VOID, AND MOTION FOR ADDITIONAL RELIEF," (docket entry #28) is **DENIED**; and it is further

ORDERED that the Clerk shall serve this Order and the accompanying Opinion upon Petitioner by regular mail, and shall re-close the file; and it is finally

ORDERED that the Clerk shall make a new and separate docket entry reading "CIVIL CASE TERMINATED."

s/Robert B. Kugler<br>
**ROBERT B. KUGLER, U.S.D.J.**