**CLOSED**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PAUL GERALD LEGER, : | **Hon. Robert B. Kugler** |
| Petitioner, : | Civil No. 10-2134 (RBK) |
| v. : | |
| DONNA ZICKEFOOSE, : | **ORDER** |
| Respondent. : | |

For the reasons expressed in the Opinion filed herewith,

IT IS on this  1st  day of   December  , 2011,

ORDERED that the Clerk shall reopen the file and shall make a new and separate docket entry reading "CIVIL CASE REOPENED;" and it is further

ORDERED that the "OBJECTION AND REFUSAL FOR CAUSE OF THE ORDER DATED 8/4/2011 ISSUED BY JUDGE ROBERT B. KUGLER, AND MOTION TO VACATE ORDER ISSUED BY ROBERT B. KUGLER AS VOID, AND MOTION FOR ADDITIONAL RELIEF," (docket entry #28) is **DENIED;** and it is further

ORDERED that the Clerk shall serve this Order and the accompanying Opinion upon Petitioner by regular mail, and shall re-close the file; and it is finally

ORDERED that the Clerk shall make a new and separate docket entry reading "CIVIL CASE TERMINATED."

                              s/Robert B. Kugler
                              **ROBERT B. KUGLER, U.S.D.J.**